

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00120-CV

**IN THE INTEREST OF R.A.G.C.**, et al., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-00860
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the case is REMANDED to the trial court for entry of an agreed judgment. Costs of the appeal are taxed against the appellant. The Clerk of this court is ORDERED to issue the mandate immediately upon issuance of this opinion and judgment.

SIGNED November 19, 2014.

_____
Rebeca C. Martinez, Justice